## IN THE UNITED STATES BANKRUPTCY COURT
## NOTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In Re:  Jennifer Donahue | Case No. 13-40670<br>Chapter 13 Judge:  Pamela S. Hollis |

### NOTICE OF MOTION

TO:   The Honorable Judge Pamela S. Hollis          Marilyn O Marshall
      Via Electronic Filing                         Via Electronic Filing

      Jennifer L Donahue                            Additional Creditors
      8202 S Lockwood Ave                           Via Attached Notice of
      Burbank, IL 60459                             341 Meeting of Creditors

    Please not than on February 26, 2014, at 9:30 a.m. or soon thereafter as I may be heard, I shall appear before Bankruptcy Judge Pamela S. Hollis or any other Bankruptcy Judge presiding at the 219 South Dearborn, Courtroom 644, Chicago, IL, and shall request that the Attorney's Application for Compensation be entered, at which time you may appear if so desired.

/s/ *David H. Cutler*
David H. Cutler, ESQ
Attorney for Debtor(s)
Cutler & Associates, Ltd.
4131 Main St.
Skokie, IL 60076
(847) 673-8600

### CERTIFICATE OF SERVICE

    The undersigned, an Attorney, does hereby certify that a copy of this Notice and Motion was filed AND sent electronically and via US MAIL to the above captioned by 5:00 p.m. on or before February 20, 2014.

/s/ *David H. Cutler*
David H. Cutler, ESQ
Attorney for Debtor(s)

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No.: 13-40670 |
| | ) | |
| Jennifer Donahue, | ) | Chapter 13 |
| Debtor(s). | ) | Judge Pamela Hollis |

MOTION TO VACATE DENIAL OF CONFIRMATION

NOW COMES the Debtor, by and through her attorneys, the law office of CUTLER & ASSOCIATES, and in support of her Motion, states as follows:

1. This Court has jurisdiction over this proceeding pursuant to 28 USC 1334 and this is a "core proceeding" under 28 USC 157(b)(2). The Debtor filed for relief under Chapter 13 of the United States Bankruptcy Code on 10/16/13.

2. On 1/8/14, this Court denied the confirmation of the Debtor's Plan due to a default on the trustee payments.

3. The Debtor has cured her default on the trustee payments and would respectfully request that this Court vacate the denial of the confirmation of the case.

WHEREFORE, the Debtor respectfully requests that this Court vacate its prior Order of Denial of the Debtor's confirmation; and for such further relief that this Court may deem just and proper.

Dated: February 20, 2014

Respectfully Submitted,

/s/ *David H. Cutler*

David H. Cutler, ESQ
Attorney for Debtor(s)
Cutler & Associates, Ltd.
4131 Main St.
Skokie, IL 60076
(847) 673-8600