Blatt Hasenmiller Leibsker & Moore  
125 S Wacker Dr, Ste 400  
Chicago, IL 60606

Blitt & Gaines  
661 W Glenn Ave  
Wheeling, IL 60090

GECRB Care Credit  
PO Box 935036  
Orlando, FL 32896

General Finance  
8729 S Cicero Ave  
Hometown, IL 60456

Illinois Department of Revenue  
PO Box 19029  
Springfield, IL 62794

Portfolia Recovery Associates LLC  
PO Box 12903  
Norfolk, VA 23541

Riverside Commerce Center  
120 Corporate Blvd, Ste 100  
Norfolk, VA 23502

Springleaf Financial  
575 McClean Blvd  
Elgin, IL 60123

Wells Fargo Dealer Services  
PO Box 1697  
Winterville, NC 28590